[No. 101. Decided November 19, 1890.]

FABIEN S. POTVIN v. JOHN E. McCORVEY.

*Appeal from Superior Court, King County.*

*Palmer & Easly,* for appellant.

*Neagle De Steiguer & Ryan,* for appellee.

1a 389
10  163
25* 330
38*1003
1  389
Case 1
37  532

The opinion of the court was delivered by

DUNBAR, J.—The record in this case shows that there was no judgment rendered in the court below, and that the appeal was taken from the order of the court sustaining the demurrer to the intervenor's complaint. An appeal cannot be taken to this court from such an order. The appeal will be dismissed, with costs to appellee.

SCOTT, STILES and HOYT, JJ., concur.

ANDERS, C. J., not sitting.